| | | | |
|---|---|---|---|
| Zubers v. Penn Photomounts, Inc. | 3447 EDA 2015 Affirmed | 11/01/2016 | 2015–1839 (Delaware) |
| Zubers v. Penn Photomounts, Inc. | 3448 EDA 2015 Affirmed | 11/01/2016 | 2015–1842 (Delaware) |
| In the Interest of: L.B. | 3576 EDA 2015 Affirmed | 11/01/2016 | AP# CP–51–AP–0000424–2012 DP# CP–51–DP–0000012–2011 FID# 51–FN–379078–2009 (Philadelphia) |
| In the Interest of: L.W.B., Jr. | 3577 EDA 2015 Affirmed | 11/01/2016 | AP# CP–51–AP–0000425–2012 DP# CP–51–DP–0000013–2011 FID# 51–FN–379078–2009 (Philadelphia) |
| In the Interest of: T.L.B. | 3578 EDA 2015 Affirmed | 11/01/2016 | AP# CP–51–AP–0000426–2012 DP# CP–51–DP–0000014–2011 FID# 51–FN–379078–2009 (Philadelphia) |
| In the Interest of: T.E.M.B. | 3579 EDA 2015 Affirmed | 11/01/2016 | AP# CP–51–AP–0000427–2012 DP# CP–51–DP–0000015–2011 FID# 51–FN–379078–2009 (Philadelphia) |
| Com. v. Wolf | 125 EDA 2016 Affirmed | 11/01/2016 | CP–09–CR–0005714–2015 CP–09–CR–0005845–2015 (Bucks) |
| In the Interest of: H.L.R.B., III | 365 EDA 2016 Affirmed | 11/01/2016 | CP–51–AP–0000106–2015 CP–51–DP–0001940–2013 FID#51–FN–002630–2011 (Philadelphia) |
| Com. v. Swartz | 1078 EDA 2016 Affirmed | 11/01/2016 | CP–13–CR–0000104–2009 (Carbon) |
| In the Interest of: C.C. | 1203 EDA 2016 Affirmed | 11/01/2016 | CP–46–DP–0000128–2015 (Montgomery) |
| In re O.H. | 1242 EDA 2016 Affirmed | 11/01/2016 | OC–2014–0040 (Northampton) |
| M.O. v. R.O.[1] | 1309 EDA 2016 Appeal dismissed | 11/01/2016 | 2015–FC–1447 (Lehigh) |

1. Petition for reargument denied November 29, 2016.